UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PATRICIA KENNEDY, Individually,**         Case No:6:17-cv-2016-ORL-41KRS
        **Plaintiff,**
**v.**

**COCOA BEACH CAPITAL GROUP, LLC
dba ECONO LODGE COCOA BEACH**

        **Defendant.**        /

## PLAINTIFF'S NOTICE OF FILING ANSWERS TO COURT INTERROGATORIES

Plaintiff, PATRICIA KENNEDY, by and through undersigned counsel and pursuant to the Scheduling Order of Court issued on November 22, 2017, hereby files the attached Answers to Court Interrogatories, inclusive of Exhibit A and B and C attached hereto.

I hereby certify that a true and correct copy of the foregoing was served upon all parties of record via the electronic portal on December 4, 2017.

Respectfully Submitted,

/s/ Nadine A. Brown, Esq. OF COUNSEL
THOMAS B. BACON, PA
1073 Willa Springs Drive, Suite 1017
Winter Springs, Florida 32708
Tel: (407) 678-2224 Fax: (407) 788-2225
esquirebrown@nadniebrownpa.com
FlaBar# 123013

Thomas B. Bacon, Esq.
THOMAS B. BACON, P.A.
644 North McDonald
Mt. Dora, Florida 32757
Tel: (954) 478-7811 Fax:(954) 237-1990
tbb@thomasbaconlaw.com
FlaBar #139262