# EXHIBIT A
## COURT=S INTERROGATORIES TO INDIVIDUAL PLAINTIFF

### 6:17-cv-2016-ORL-41KRS
### Kennedy v. Cocoa Beach Capital Group, LLC (EconoLodge)

1. Plaintiff Residence address.

   **Patricia Kennedy**
   **9205 NW 80th Street**
   **Tamarac, FL 33321**

2. Name of current employer and place of employment.

   **Mental Health Association of SE Florida**
   **9 Muses Art Center**
   **7139 West Oakland Park Blvd.**
   **Lauderhill, Fl 3313**

3. Date(s) and time(s) that you visited the subject property.

   **On or about September 5, 2017 I visited the subject property's website.**

4. Purpose of your visit and duration of stay?

   **To ascertain whether the website complies with the law.**

5. Did anyone accompany you? If so, who?

   **Daniel Pezza**
   **1710 N. 40th Ave.**
   **Hollywood, FL 33021**

6. Describe the nature of your disability.

   **Mobility impaired due to spinal injury.**

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

### When I went to the hotel website:

https://www.choicehotels.com/florida/cocoa-beach/econo-lodge-hotels/flc79?source=gyxt

**The hotel website did not identify and describe accessible features in the hotel and guest rooms offered through its reservations service in enough detail to reasonably permit me, a person with a disability, to assess independently whether a given hotel or guest room meets my accessibility needs. The website does not identify its accessible features of the property such as accessible lobby restrooms, pool lifts, or other accessible features in its guest amenities. The website did not provide any information pertaining to its accessible guest rooms, including but not limited to whether the guest rooms had accessible commodes, sinks, grab bars, bathing and restroom features, controls and operating mechanisms, maneuverability, and other features required to be accessible.**

8. Did you take notes or make a contemporaneous record of these barriers? If so, attach a copy to these Answers.

**See attached screenshots.**

9. Please list any other Title III cases in which you have been a party in this District.

**See attached Exhibit C**

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that the foregoing is true and correct.

12-4-2017
Date

_Patricia L. Kennedy_
Patricia Kennedy